1  J. Brian Powers, Esq. / SBN 91808
   **POWERS & MILLER**
2  A Professional Corporation
   1545 River Park Drive, Suite 515
3  Sacramento, California  95815
   Telephone No. (916) 924-7900
4  Telecopier No. (916) 924-7980

5  Attorneys for Defendant
   MARINO GIANNOTTI
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN TREVINO and AMY TREVINO,       Case No.
   husband and wife,                     2:07-CV-2106 LKK-DAD
12
              Plaintiffs,                **STIPULATION AND ORDER**
13                                       **TO SET ASIDE DEFAULT**
              v.
14
   LASSEN  MUNICIPAL  UTILITY
15 DISTRICT, et al.

16            Defendants.
   _____/
17

18     IT IS HEREBY STIPULATED by and between plaintiff STEVEN

19 TREVINO by and through his counsel Thomas P. Beko and defendant

20 MARINO GIANNOTTI by and through his counsel J. Brian Powers that

21 the default entered against defendant MARINO GIANNOTTI be set aside

22 and said defendant be allowed to respond to the complaint.

23 DATED: December 21, 2007        /s/Thomas P. Beko
                                   THOMAS P. BEKO
24                                 Attorney for Plaintiff STEVEN TREVINO

25 DATED: December 21, 2007        POWERS & MILLER

26
                                   By: /s/J. Brian Powers
27                                     J. Brian Powers
                                       Attorneys for Defendant
28                                     MARINO GIANNOTTI

                                    1
_____
                STIPULATION AND ORDER TO SET ASIDE DEFAULT

**ORDER**

Pursuant to stipulation by the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the default entered against defendant MARINO GIANOTTI be and hereby is set aside and said defendant shall file a response to the complaint within 30 days of this order.

DATED: January 4, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT