J. Brian Powers, Esq. / SBN 91808
Jennifer L. Ragan, Esq. / SBN 191711
**POWERS & MILLER**
A Professional Corporation
1545 River Park Drive, Suite 515
Sacramento, California  95815
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Defendant
MARINO GIANNOTTI


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| STEVEN TREVINO, | Case No. 2:07-CV-2106 LKK-DAD |
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME FOR DEFENDANT GIANNOTTI TO RESPOND TO THIRD AMENDED COMPLAINT** |
| LASSEN   MUNICIPAL   UTILITY DISTRICT, et al. | |
| Defendants. | |
| _____/ | |

     Pursuant to stipulation and good cause appearing therefor, it

is hereby ordered that Defendant MARINO GIANNOTTI has an extension

of time to file a responsive pleading to the Third Amended

Complaint up to and including May 16, 2008.

     IT IS SO ORDERED


DATED: April 1, 2008.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT


1

_____
ORDER