1  J. Brian Powers, Esq. / SBN 91808
   **POWERS & MILLER**
2  A Professional Corporation
   1545 River Park Drive, Suite 515
3  Sacramento, California  95815
   Telephone No. (916) 924-7900
4  Telecopier No. (916) 924-7980

5  Attorneys for Defendant
   MARIO GIANNOTTI
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN TREVINO and AMY TREVINO,        Case No.
   husband and wife,                      2:07-CV-2106 LKK-DAD
12
            Plaintiffs,                   **STIPULATION AND ORDER EXTENDING
13                                         TIME TO RESPOND PURSUANT TO
       v.                                 LOCAL RULE 6-144 ON BEHALF OF
14                                         MARIO GIANNOTTI**
   LASSEN   MUNICIPAL   UTILITY
15 DISTRICT, et al.

16          Defendants.
   _____/
17

18      TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF

19 RECORD:

20      PLEASE TAKE NOTICE that pursuant to Local Rule 6-144, J. Brian

21 Powers attorney of records for defendant MARIO GIANNOTTI and Thomas

22 P. Beko, attorney of record for plaintiffs STEVEN and AMY TREVINO,

23 hereby stipulate to extend the time to file a responsive pleading

24 to the third amended complaint up to and including June 5, 2008.

25      IT IS SO STIPULATED.

26 ///

27 ///

28 ///

                                    1
_____
        STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

```
DATED: May 5, 2008            Erickson, Thorpe & Swainston, Ltd.


                              By: /s/_____
                                  THOMAS P. BEKO
                                  Attorney for Plaintiffs STEVEN
                                  and AMY TREVINO


DATED: May 8, 2008            POWERS & MILLER


                              By: /s/_____
                                  J. Brian Powers
                                  Attorneys for Defendant
                                  MARIO GIANNOTTI
```

Pursuant to stipulation and good cause appearing therefor, it is hereby ordered that Defendant MARINO GIANNOTTI has an extension of time to file a responsive pleading to the Third Amended Complaint up to and including June 5, 2008.

IT IS SO ORDERED

DATED: May 8, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---
2
STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING