UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN TREVINO,
an individual,

          Plaintiff,

    v.

LASSEN MUNICIPAL UTILITY
DISTRICT, et al.,

          Defendants.
_____/

NO. CIV. S-07-2106 LKK/DAD

O R D E R

    The court is in receipt of the parties' request to extend discovery deadlines. The court does not find good cause to extend the deadlines. Accordingly, the request to extend dates is DENIED.

    IT IS SO ORDERED.

    DATED: September 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1