UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN TREVINO,
an individual,

        Plaintiff,

   v.

LASSEN MUNICIPAL UTILITY
DISTRICT, et al.,

        Defendants.
_____/

NO. CIV. S-07-2106 LKK/DAD

O R D E R

     The court orders that its order issued on September 23, 2008 be AMENDED by adding the sentence:

> The parties are free to enter into whatever stipulations they wish, but it does not appear appropriate or necessary for the court to therefore approve such stipulations, and the court will not enforce discovery at variance with the original schedule.

     IT IS SO ORDERED.

     DATED: September 25, 2008.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

1