1 | J. Brian Powers, Esq. / SBN 91808
G. Rich Gillespie, Esq. / SBN 199672
2 | **POWERS & MILLER**
A Professional Corporation
3 | 1545 River Park Drive, Suite 515
Sacramento, California  95815
4 | Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980
5 |
Attorneys for Defendant
6 | MARINO GIANNOTTI

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | STEVEN TREVINO,                     Case No.
                                    2:07-CV-2106 LKK-DAD
12 |        Plaintiff,
                                    **ORDER GRANTING MARINO GIANNOTTI'S**
13 |        v.                        **APPLICATION   FOR   GOOD   FAITH
                                    SETTLEMENT AND FINAL JUDGMENT**
14 | LASSEN   MUNICIPAL   UTILITY
DISTRICT, et al.                   **Date:      October 20, 2008**
15 |                                 **Time:      10:00 a.m.**
         Defendants.               **Room:      4**
16 | _____/   **Honorable Lawrence K. Karlton**

17 |

18 |       Defendant MARINO GIANNOTTI's motion for good faith settlement

19 | and final judgment pursuant to F.R.C.P. §54(b) was considered by

20 | this court. After considering the moving papers, and the responses

21 | thereto, and the record as a whole, the court hereby grants

22 | defendant MARINO GIANNOTTI's application for good faith settlement

23 | and final judgment.

24 |       The matter having been briefed, argued, and submitted for

25 | decision, and good cause appearing, it is hereby ordered that

26 | MARINO GIANNOTTI's application for good faith settlement and motion

27 | for judgment as to defendant MARINO GIANNOTTI is granted.

       IT IS HEREBY ORDERED AND GRANTED,
28 |
       IT   IS   FURTHER   ORDERED   that   pursuant   to   settlement   of

1
[PROPOSED] ORDER GRANTING MARINO GIANNOTTI'S MOTION FOR GOOD FAITH SETTLEMENT

1  plaintiffs STEVEN TREVINO and AMY TREVINO and defendant MARINO

2  GIANNOTTI all known and unknown cross-complaints of implied,

3  partial and contributory indemnity, contribution and apportionment

4  of fault against MARINO GIANNOTTI be dismissed with prejudice.

5      IT IS SO ORDERED.

6

7  DATED: October 3, 2008.

8

9

10     LAWRENCE K. KARLTON
       SENIOR JUDGE

11     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING MARINO GIANNOTTI'S MOTION FOR GOOD FAITH SETTLEMENT