J. Brian Powers, Esq. / SBN 91808
G. Rich Gillespie, Esq. /SBN 199672
**POWERS & MILLER**
A Professional Corporation
1545 River Park Drive, Suite 515
Sacramento, California  95815
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Defendant
MARINO GIANNOTTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TREVINO, | Case No. 2:07-CV-2106 LKK-DAD |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO DISMISS MARINO GIANNOTTI WITH PREJUDICE** |
| LASSEN MUNICIPAL UTILITY DISTRICT, et al. | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between plaintiffs STEVEN TREVINO and AMY TREVINO (hereinafter, "Plaintiffs") by and through their counsel, Thomas P. Beko, and defendant MARINO GIANNOTTI (hereinafter, "GIANNOTTI") by and through his counsel, J. Brian Powers, that defendant GIANNOTTI be dismissed from the above-entitled action with prejudice.  The dismissal is based on the settlement and release between the Plaintiffs and GIANNOTTI.

  The parties Further Stipulate that the stipulation may be executed in counterparts and that facsimile signatures may be

treated as originals.

DATED: October ___, 2008        /s/Thomas P. Beko
                                THOMAS P. BEKO
                                Attorney for Plaintiff STEVEN
                                TREVINO AND AMY TREVINO


DATED: October ___, 2008        POWERS & MILLER


                                By: /s/ J. Brian Powers
                                    J. Brian Powers
                                    Attorneys for Defendant
                                    MARINO GIANNOTTI

**ORDER**

Pursuant to stipulation by the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant MARINO GIANNOTTI be dismissed from the above-entitled action with prejudice.

DATED: October 15, 2008.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT