UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN AND AMY TREVINO,

        Plaintiff,

  v.

LASSEN MUNICIPAL UTILITY
DISTRICT, et al.,

        Defendants.
_____/

NO. CIV. S-07-2106 LKK/DAD

O R D E R

On April 27, 2009 the court held a Pretrial Conference at which counsel for the parties were present. Based on their representations, the court ORDERS as follows:

1. Not later than twenty-one (21) days from the date of this order, plaintiffs SHALL file and serve a motion addressing the following:

    a. Is the question of whether defendant Luhring was a policy maker for the purposes of municipal liability a question of law to be resolved by the court; and

////

1

|     |     |                                                                                 |
| --- | --- | ------------------------------------------------------------------------------- |
| 1   |     | b.  Is the question of whether the employment termination                       |
| 2   |     |     process provided to plaintiff Steven Trevino was                            |
| 3   |     |     adequate under the Fourteenth Amendment a question of                       |
| 4   |     |     law to be resolved by the court.                                            |
| 5   |     | The motion shall be noticed to be heard on June 29, 2009 at                     |
| 6   |     | 10:00 AM in Courtroom 4.                                                        |
| 7   | 2.  | Not later than fifteen (15) days thereafter, defendants SHALL                   |
| 8   |     | file and serve their opposition or statement of non-                            |
| 9   |     | opposition.                                                                     |
| 10  | 3.  | Not later than seven days thereafter, plaintiffs SHALL file                     |
| 11  |     | and serve their reply, if any.                                                  |
| 12  |     | All briefs shall be no longer than twenty pages.                                |
| 13  |     | IT IS SO ORDERED.                                                               |
| 14  |     | DATED: April 28, 2009.                                                          |

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT