IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN and AMY TREVINO,

      Plaintiffs,                  No. CIV S-07-2106 LKK DAD

      vs.

LASSEN MUNICIPAL UTILITY
DISTRICT, et al.,                ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on June 18, 2009, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than forty (40) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3    CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4    IT IS SO ORDERED.

5    DATED:  June 22, 2009.

        _____
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE